IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HOWARD COHAN,                          )

                             )

       Plaintiff,                  )

                             )

vs.                            ) CASE NO.: 20-cv-01100

                             )

SUSHI-SAN RIVER NORTH LLC   )

d/b/a SUSHI-SAN,             ) Judge Lee

                             )

       Defendant.             )

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

       Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby

gives notice of the voluntary dismissal of this action with prejudice, each party to bear its own

costs, including attorneys' fees.

HOWARD COHAN

By: _/s/_ _Marshall J. Burt_
Marshall J. Burt
The Burt Law Group, Ltd.
Counsel for Plaintiff
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2020, I electronically filed this Notice of Settlement with

the Clerk of Court using the CM/ECF system, which automatically sends electronic notification

of its filing to all attorneys of record and to:

James J. Convery
Laner Muchin, Ltd.
515 North State Street, Suite 2800
 Chicago, IL 60654
jconvery@lanermuchin.com

by emailing same on this 8th day of July 2020

/s/ *Marshall J. Burt*
Marshall J. Burt